KHUSHPREET R. MEHTON, SBN 276827
**ACCESSIBLE CALIFORNIA, APC**
2880 Zanker Road, Suite 203
San Jose, CA 95134
Telephone: (408) 449-4505
Facsimile: (408) 432-7235
Email: kmehton@accessiblecalifornia.com

Attorney for Plaintiff Scott Lissberger

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT LISSBERGER, <br><br> Plaintiff, <br><br> v. <br><br> WASHOE HOUSE, LLC, and DOES 1-10, inclusive <br><br> Defendants. | Case No.: 4:19-cv-05377-DMR <br><br> **NOTICE OF PLAINTIFF'S DEATH** |

PLEASE BE ADVISED that counsel for Plaintiff Scott Lissberger ("Plaintiff") (Khushpreet R. Mehton) has been informed that Plaintiff died on or about February 6, 2020.

Dated: February 14, 2020        ACCESSIBLE CALIFORNIA, APC

By: */s/ Khushpreet R. Mehton          /*
Khushpreet R. Mehton, Esq.
Attorney for Plaintiff Scott Lissberger